People v Collado (2024 NY Slip Op 50762(U))

[*1]

People v Collado (Alexander)

2024 NY Slip Op 50762(U)

Decided on June 25, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 25, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

570658/17

The People of the State of New York, Respondent,
against
Alexander Collado, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Lisa A. Sokoloff, J., at plea; Joanne B. Watters, J., at Outley hearing; Lyle E. Frank, J., at sentencing), rendered September 28, 2017, convicting him, upon his plea of guilty, of endangering the welfare of a child, and imposing sentence.

Per Curiam.
Judgment of conviction (Lisa A. Sokoloff, J., at plea; Joanne B. Watters, J., at Outley hearing; Lyle E. Frank, J., at sentencing), rendered September 28, 2017, modified, on the law, to the extent of reducing the conviction to disorderly conduct. 
Defendant alleges and the People concede that the Outley court improperly relied upon sealed records to find that defendant violated the terms of his repleader agreement (see People v Anonymous, 34 NY3d 631, 641-42, 646 [2020]). Inasmuch as the People also concede that defendant is entitled to the benefit of that repleader agreement, namely, that he be permitted to withdraw his plea to the misdemeanor offense of endangering the welfare of a child (see Penal Law § 260.10[1]), and be allowed to replead to disorderly conduct (see Penal Law § 240.20), a violation, we modify accordingly.
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court 
Decision Date: June 25, 2024